Sherwin PERKINS, Petitioner–
Appellant,

v.

Thomas AMMONS, Respondent–
Appellee.

No. 09–13694
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 6, 2011.

Sherwin Perkins, Hardwick, GA, pro se.

David Allan Zisook, Attorney General's
Office, Atlanta, GA, for Respondent–Appellee.

Before TJOFLAT and WILSON, Circuit
Judges.*

**ON REMAND FROM THE SUPREME
COURT OF THE UNITED
STATES**

PER CURIAM:

The United States Supreme Court
granted petitioner's petition for a writ of
certiorari, vacated our judgment in *Perkins v. Ammons*, 366 Fed.Appx. 86 (11th
Cir.2010), and remanded the case "for further consideration in light of *Holland v.
Florida*, 560 U.S. —— [,130 S.Ct. 2549,
177 L.Ed.2d 130 (2010) ]." *Perkins v. Ammons*, —— U.S. ——, 131 S.Ct. 567, 178

* This order is being entered by a quorum pursuant to 28 U.S.C. Section 46(d) due to Judge

L.Ed.2d 412 (2010). We therefore remand
the case to the district court for fact finding and further proceedings including an
evidentiary hearing, if it is necessary.

REMANDED.